7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Krislin NMI Fenner
*Debtor*

*Bankruptcy Case No.*
10–44857–can7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
13–04127–can

v.

**Krislin NMI Fenner**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Motion for Default Judgment is granted, revoking Discharge against Defendant Krislin nmn Fenner and awarded costs in the amount of $293.00 and reasonable attorneys' fees in the amount of $457.00.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
      Deputy Clerk

Date of issuance: 11/5/13

Court to serve